### 291.　CITY OF STATESBORO *v.* SIMMONS.

HILL, C. J.　No material error of law was committed. The evidence warranted the verdict, and it was approved by the trial court.

*Judgment affirmed.*

Complaint, from city court of Statesboro—Judge Brannen.　August 28, 1906.

Argued April 29,—Decided July 18, 1907.

*Remer Proctor, Johnston & Cone,* for plaintiff in error.